Brad D. Rose (BDR 2740)
brose@pryorcashman.com
Ilene S. Farkas (ISF 3212)
ifarkas@pryorcashman.com
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/08

Attorneys for Plaintiffs
DJR HOLDINGS, LLC, SIMMONS LATHAN DEF GP, and RUSSELL SIMMONS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DJR HOLDINGS, LLC, a New York corporation,
SIMMONS LATHAN DEF GP, and
RUSSELL SIMMONS,

       Plaintiffs,

   v.

GLOBAL TALENT ASSOCIATES, LLC,
a New York corporation,

       Defendant.
-------------------------------------------------------------X

05 Civ. 9535 BSJ
(ECF)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, that the above action be and the same hereby is dismissed, without prejudice, and without costs, each party to bear its own attorneys' fees.

Dated: New York, New York
      November 17, 2008

                    PRYOR CASHMAN LLP

                    By: _____
                    Ilene S. Farkas (ISF 3212)

                    410 Park Avenue
                    New York, New York 10022
                    (212) 421-4100

                    Attorneys for Plaintiffs DJR Holdings LLC, Simmons Lathan
                    DEF GP and Russell Simmons

BEIGELMAN, FEINER & FELDMAN, P.C.

By: _____
T. Michael Wickersham (TW 5126)

100 Wall Street, 23rd Floor
New York, New York 10005
(212) 230-1300

Attorneys for Defendant Global Talent Associates, Inc.

SO ORDERED:

_____
U.S.D.J.

818994

2